UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
And Legal Services Funds and the Westchester Teamsters Local
Union No. 456,

Index No.

**RULE 7.1**

07 CIV. 3954

ROBINSON

                                              Plaintiffs,

    -against-

POPOLI CONTRUCTION, INC.,

                                              Defendant.
-------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

None

Dated: May 16, 2007

                                                   _____
                                                   Karin Arrospide, Esq. (KA9319)