## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV3954

Purchased/Filed: May 22, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

*Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, et al*

Plaintiff

against

*Popoli Construction, Inc.*

Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____ Jessica  Miller _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ June 1, 2007 _____ , at _2:00 pm_ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on

_____ Popoli Construction, Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Amy Lesch _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, _2_ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of _40_ dollars; That said service

was made pursuant to Section _306 Business Corporation Law_ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: _23_    Approx. Wt: _160_    Approx. Ht: _5'9"_

Color of skin: _White_    Hair color: _Blonde_    Sex: _F_    Other: _____

Sworn to before me on this

_5th_ day of _____ June, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice*Work Order # SP0704803

**SERVICO. INC. ▪ PO BOX 871 ▪ ALBANY. NEW YORK 12201 ▪ PH 518-463-4179**